IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00634-ZLW-MJW

OPTINREALBIG.COM, LLC.,

Plaintiff(s),

v.

INFINITE MONKEYS & CO., LLC, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Defendant Timothy J. Walton's Motion to Appear by Telephone, filed with the Court on July 11, 2006, (DN 19), is GRANTED. The Court's telephone number is (303) 844-2403. Mr. Walton shall contact the court promptly on July 17, 2006, at 9:00 a.m., (Mountain Time), to participate at the Scheduling Conference.

Date:  July 12, 2006