IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00634-ZLW-MJW

OPTINREALBIG.COM, LLC.,

Plaintiff(s),

v.

INFINITE MONKEYS & CO., LLC, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion for Entry of Protective Order (docket no. 25) is DENIED.  Plaintiff has failed to provide this court with any basis in law or fact to enter a protective order.  <u>Centurion Industries, Inc. v. Warren Steurer & Associates</u>, 665 F.2d 323, 325 (10th Cir. 1981).   In the subject motion, Plaintiff cites no legal authority in support of the subject motion as required under D.C.COLO.LCivR 7.1.  Moreover, Plaintiff merely states: "This case concerns the storage and transmission of commercial e-mail and <u>potentially</u> involves trade secret and/or proprietary information."

Date:  September 6, 2006