IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

September 13, 2006

                                                                Suzanne Claar, Court Reporter
                                                                LaDonne Bush, Deputy Clerk

Civil Action No. 06-cv-00634-ZLW-MJW

| | |
|---|---|
| OPTINREALBIG.COM, LLC, | John C. Smiley |
| | Patrick Frye |
| Plaintiff, | |
| v. | |
| INFINITE MONKEYS & CO., LLC, | Bruce Coles |
| RONAL F. GUILMETTE, and | |
| TIMOTHY J. WALTON, | |
| Defendants. | |

## COURTROOM MINUTES

**Hearing on Motion To Dismiss**

2:10 p.m.    Court in session.

No appearance on behalf of Mr. Walton.

Discussion between the Court and Mr. Coles regarding Mr. Walton and the Motion To Dismiss.

Argument by Mr. Coles in support of the Motion To Dismiss.

2:28 p.m.    Argument in opposition by Mr. Smiley.

2:39 p.m.    Rebuttal argument by Mr. Coles.

Further argument by Mr. Smiley.

Court's ruling.

**ORDERED:**  Motion To Dismiss (Doc. 11), filed June 2, 2006, is granted.  The claims are dismissed against Infinite Monkeys & Co., LLC, and Ronal F. Guilmette.

Discussion regarding the status of the claims against Mr. Walton.

**ORDERED:**  The claims against Mr. Walton are dismissed sua sponte.

**ORDERED:**  The case is dismissed with each party to pay his or its own costs.

Mr. Coles states that he may file a motion for attorneys fees under a Colorado statute.

3:01 p.m.     Court in recess.

Hearing concluded.
Time: 00:51