IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00634-ZLW-MJW

OPTINREALBIG.COM, LLC,

    Plaintiff,

v.

INFINITE MONKEYS & CO., LLC,
RONAL F. GUUILMETTE, and
TIMOTHY J. WALTON,

    Defendants.

---

## ORDER

---

    This matter was before the Court on September 13, 2006, for oral argument on Defendants' Motion To Dismiss.  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

    ORDERED that Defendants' Motion To Dismiss (Doc. No. 11) is granted.  It is

    FURTHER ORDERED that Defendant Timothy J. Walton is dismissed on the Court's own motion.

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs.

DATED at Denver, Colorado, this  13  day of September, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court